IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GALEN PATTERSON and RED LEAF LAND TRUST, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| REGIONS BANK, Successor in Interest to Union Planters Bank, | ) ) ) |
| Defendant. | ) ) |

CAUSE NO. 06-469-WDS

### O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: June 26, 2006.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE

Case reassigned to United States District Judge Michael J. Reagan. All future pleadings shall bear Case No. 06-469-MJR.